IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO.: 5:24-CV-00085

SOUTHERN-OWNERS INSURANCE
COMPANY,

    Plaintiff,

vs.

EDENFIELD MOBILE HOME SERVICE
& REPAIR, INC.,

    Defendant.

_____

## COMPLAINT FOR DECLARATORY JUDGMENT

Pursuant to 28 U.S.C. § 2201(a) and Rule 57 of the Federal Rules of Civil Procedure, Plaintiff SOUTHERN-OWNERS INSURANCE COMPANY ("SOUTHERN-OWNERS"), sues Defendant EDENFIELD MOBILE HOME SERVICE AND REPAIR, INC. ("EDENFIELD") seeking a declaration of the rights, duties, and liabilities of the parties under a policy of insurance issued by SOUTHERN-OWNERS to EDENFIELD relating to a loss which occurred on or about March 4, 2022. In support thereof, SOUTHERN-OWNERS alleges as follows:

### JURISDICTION AND VENUE

1.    This is an action for declaratory judgment pursuant to 28 U.S.C. § 2201(a) and Rule 57 of the Federal Rules of Civil Procedure, involving damages in

excess of the jurisdictional limit of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests, costs, and fees.

2. Venue is proper in the United States District Court of the Northern District of Florida pursuant to 28 U.S.C. Section 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this District. Venue for this action is proper in this Court because the events giving rise to the underlying claim occurred in Okaloosa County, Florida.

## PARTIES

3. SOUTHERN-OWNERS is an insurance company incorporated in the State of Michigan.

4. At all times material hereto, EDENFIELD was a Florida corporation registered in the city of Grand Ridge in Jackson County, Florida.

## FACTUAL BACKGROUND AND COMMON ALLEGATIONS

5. SOUTHERN-OWNERS issued a Commercial General Liability Policy to EDENFIELD (Policy No. 78486710) for the policy period from October 4, 2021 through October 4, 2022, (hereinafter "the Policy"). A copy of the Policy, including policy declarations, is attached hereto as **Exhibit "A,"** and is incorporated herein for all purposes.

6. The Policy provided for liability coverage with limits of $1,000,000 per occurrence for certain bodily injury, property damage, personal injury, and

advertising injuries caused by an "occurrence" within the Policy terms and conditions.

7. On March 4, 2022, EDENFIELD transported and installed a mobile home purchased by Joshua Goodwin sold by CMH Homes, Inc., d/b/a Clayton Homes Crestview, FL ("CMH Homes"). Joshua Goodwin, however, was unable to occupy the mobile home because of purported defects in the mobile home and its installation ("the Loss").

8. CMH Homes contracted with EDENFIELD for EDENFIELD to deliver the mobile home purchased by Joshua Goodwin.

9. EDENFIELD used mobile equipment to install the mobile home purchased by Joshua Goodwin.

10. On October 13, 2022, Joshua Goodwin filed a Complaint in Santa Rosa County, Florida against EDENFIELD for violation of Florida Stat. § 320.835 and common law negligence, stemming from the Loss ("the Underlying Litigation"). A copy of the complaint from the Underlying Litigation is attached hereto as **Exhibit "B,"** and is incorporated herein for all purposes.

11. In the Underlying Litigation, Joshua Goodwin claims damages, including but not limited to, loss of use of the property and expense incurred for the loss of use. Exhibit "B."

## COUNT I – DECLARATORY JUDGMENT

12. Plaintiff SOUTHERN-OWNERS incorporates herein by reference Paragraphs 1 through 10, *supra.*

13. The SOUTHERN-OWNERS Policy provides commercial generall liability coverage in the amount of $1,000,000.00 each occurrence. (Ex. A., Declarations).

14. The SOUTHERN-OWNERS Policy contains the following pertinent provisions concerning liability coverage:

**SECTION I – COVERAGES**
**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

    **1. Insuring Agreement**

        **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damages" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

*See* Exhibit A, Commercial General Liability, CG 00 01 04 13, p. 1 of 14

15. The Policy is also subject to certain exclusions to which the insuring agreement does not apply, and the pertinent portions are set forth as follows:

**2. Exclusions**

    This insurance does not apply to:

…

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

…

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured…

…

**j. Damage to Property**

"Property damage" to:

…

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it…

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products- completed operations hazard".

…

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard". This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

…

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"..
…

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";
**(2)** "Your work"; or
**(3)** "Impaired property"; if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

*See* Exhibit A, p. 2-5 of 14.

16. The Policy has pertinent definitions relevant to the Loss, which include the following:

> **2.** "Auto" means:
>
> **a.** A land or motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment;
>
> **b**. any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged;
> …
> **8.** "Impaired Property" means tangible property, other than "your product" or "your work" that cannot be used or is less useful because:

06094659                                                6

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous;

...

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a**. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;
…
**c**. vehicles that travel on crawler treads;
**d.** vehicles, whether self propelled or not, maintained primarily to provide mobility to permanently mounted:

> **1**) power cranes, shovels, loaders, diggers, or drills; or
> **2**) road construction or resurfacing equipment such as graders, scrapers, or rollers;
> …

**f.** Vehicles not described in paragraphs **a, b., c**., or **d.** above maintained primarily for purposes other than transportation of persons or cargo.
…

**16**. "Products-completed operations hazard"

**a.** includes all "bodily injury" and "property damages" occurring away from premises you own or rent and arising out of "your product" or "your work"…
…
**b**. does not include BI or PD arising out of:

**1.** the transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;
…

**17.** "Property damage" means: a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it.

…

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.
…

*See* Exhibit A, Policy Definitions, P. 11-14 of 14.

17.  Based on the provisions of the SOUTHERN-OWNERS Policy, liability coverage is not available to EDENFIELD for the damages claimed by Joshua Goodwin in the Underlying Litigation under the Mobile Equipment Policy exclusion, to the extent that mobile equipment used by EDENFIELD caused the alleged damage claimed by Goodwin in the Underlying Litigation.

18.  Furthermore, based on the provisions of the SOUTHERN-OWNERS Policy, coverage is not available to EDENFIELD for the damages claimed by Joshua Goodwin in the Underlying Litigation under the Contractual Liability Policy

exclusion, to the extent that EDENFIELD assumed liability in a contract or agreement with CMH Homes.

19. Additionally, based on the provisions of the SOUTHERN-OWNERS Policy, coverage is not available to EDENFIELD for the damages claimed by Joshua Goodwin in the Underlying Litigation under the Damage to Property Policy exclusion, to the extent that EDENFIELD's inadequate and improper workmanship in the transportation and installation of the mobile home caused damages claimed by Goodwin.

20. Based on the provisions of the SOUTHERN-OWNERS Policy, coverage is not available to EDENFIELD for the damages claimed by Joshua Goodwin in the Underlying Litigation under the Damage to Your Work Policy exclusion, to the extent that EDENFIELD's inadequate and improper workmanship in the transportation and installation of the mobile home caused damages claimed by Goodwin.

21. Based on the provisions of the SOUTHERN-OWNERS Policy, coverage is not available to EDENFIELD for the damages claimed by Joshua Goodwin in the Underlying Litigation under the Damage to Impaired Property or Property Not Physically Injured Policy exclusion, to the extent that EDENFIELD's inadequate and improper workmanship in the transportation and installation of the mobile home caused damages claimed by Goodwin.

22. Based on the provisions of the SOUTHERN-OWNERS Policy, coverage is not available to EDENFIELD for the damages claimed by Joshua Goodwin for loss of use of the property and expense incurred for the loss of use of the property in the Underlying Litigation under the Recall of Products, Work, or Impaired Property Policy exclusion.

23. Based on the lack of coverage under the SOUTHERN-OWNERS Policy for the claims made by Joshua Goodwin, SOUTHERN-OWNERS is not required to indemnify EDENFIELD for any judgment entered against EDENFIELD in connection with Underlying Litigation.

**WHEREFORE,** for the reasons stated above, Plaintiff, SOUTHERN-OWNERS, respectfully requests that this Honorable Court issue a judgment declaring that:

A. The SOUTHERN-OWNERS Policy does not provide liability coverage for the claims and damages alleged in the Underlying Litigation against EDENFIELD by Joshua Goodwin stemming from the Loss;

B. As a result of there being no liability coverage, the SOUTHERN-OWNERS Policy does not require SOUTHERN-OWNERS to defend or indemnify EDENFIELD against the claims made by Joshua Goodwin in the Underlying Litigation.

Respectfully submitted,

BOYD & JENERETTE, P.A.

<u>    /s/ Amanda L. Kidd                    </u>
AMANDA L. KIDD
Florida Bar No. 0093229
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
904-353-6241 – Telephone
904-353-2863 – Facsimile
Attorneys for SOUTHERN-OWNERS
Primary Address for E-service:
efiling@boydjen.com

06094659

11